■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL ROSS, Petitioner, v ARTHUR A. LEONARDO, as Superintendent of Washington Correctional Facility, Respondent.—Application,

pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Davis v Coombe, 97 AD2d 667). Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.